IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.    23-cr-00413-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NEIL SHAH,

    Defendant.

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about November 4, 2019, in the State and District of Colorado, the defendant, NEIL SHAH, knowingly and intentionally obtained and acquired a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, to wit: the defendant, a physician with the lawful authority from the Drug Enforcement Administration (DEA) to prescribe controlled substances to others within the usual course of professional practice and for legitimate medical purposes, wrote a prescription under his own name and DEA registration number to an individual who was never his patient and the defendant then filled the prescription himself by representing himself as the individual's physician when the defendant presented the prescription he had written

to a pharmacy, and leading the employees of the pharmacy to believe the defendant would deliver the drugs to the individual whose name appeared on the prescription.

All in violation of Title 21, United States Code, Section 843(a)(3).

## COUNT 2

On or about November 4, 2019, in the State and District of Colorado, the defendant, NEIL SHAH, did knowingly and intentionally possess a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 844(a).

COLE FINEGAN
United States Attorney

By: *s/ Peter McNeilly*
PETER MCNEILLY
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone 303-454-0100
Fax 303-454-0403
Email: Peter.McNeilly@usdoj.gov
Attorney for the Government